1   FELIX T. WOO (SBN 208107)
    fwoo@ftwlawgroup.com
2   FTW LAW GROUP
    601 South Figueroa Street, Suite 1950
3   Los Angeles, California 90017
    Telephone:   (213) 335-3960
4   Facsimile:   (213) 344-4498

5   Attorney for Plaintiff
    SINO-US INVESTMENT AND MANAGEMENT
6   CONSULTANT LIMITED

7

8                  UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  SINO-US INVESTMENT AND              Case No. 2:20-cv-08597-AB-MRW
    MANAGEMENT
12  CONSULTANT LIMITED, a Hong          PLAINTIFF SINO-US
    Kong company,                       INVESTMENT AND
13                                       MANAGEMENT
                  Plaintiff,            CONSULTANT LIMITED'S
14                                       RESPONSE TO COURT'S ORDER
          vs.                           (DKT. 20)
15
    HYUN SOON RHEE., an individual,
16
                  Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

Response to Court's Order Granting Motion to Dismiss

*FTW LAW GROUP*
*601 SOUTH FIGUEROA STREET, SUITE 1950*
*LOS ANGELES, CALIFORNIA 90017*
*(213) 335-3960*

FTW LAW GROUP
601 SOUTH FIGUEROA STREET, SUITE 1950
LOS ANGELES, CALIFORNIA 90017
(213) 335-3960

1   Following the Court's Order granting defendant Hyun Soon Rhee's ("Rhee")

2   Motion to Dismiss (Dkt. 20), counsel for plaintiff Sino-US Investment and

3   Management Consultant Limited's ("Plaintiff" or "Sino-US") and Rhee met and

4   conferred on the Court's order and any next steps to take in this case.

5   Based on Plaintiff's decision to seek any alter ego liability remedies against

6   Rhee in a separate proceeding (including, without limitation, in 450 S. Western's

7   bankruptcy proceeding), and the Court's acceptance of Plaintiff's dismissal of its

8   alter ego claim against Rhee without prejudice, Plaintiff submits to the Court's

9   Order (Dkt. 20) and elects not to re-file any pleading in this case, which results in

10  the dismissal of its First Claim for Relief with prejudice.  (Plaintiff also suggested

11  that the parties stipulate to dismissal of this case on the same basis – with prejudice

12  as to the First Claim for Relief, and without prejudice as to the Second Claim for

13  Relief), but it appears that this will occur by operation of the Court's Order.

14

Dated: March 24, 2021                    FTW LAW GROUP

15

16

17

18                    By:_____/s/ Felix T. Woo_____
                      FELIX T. WOO
19                    Attorney for Plaintiff
                      SINO-US INVESTMENT AND
20                    MANAGEMENT
                      CONSULTANT LIMITED

- 1 -
Response to Court's Order Granting Motion to Dismiss