**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-08597 AB (MRWx) | Date: | March 29, 2021 |
|---|---|---|---|

| Title: | *SINO-US Investment and Management Consultant Limited v. Hyun Soon Rhee* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER CLOSING CASE**

On March 10, 2021, the Court issued an Order granting Defendant's Motion to Dismiss with leave to amend. *See* Dkt. No. 20. On March 24, 2021, Plaintiff filed a Status Report informing the Court that they would not file an amended Complaint and instead are submitting to the Court's Order dismissing the Complaint. *See* Dkt. No. 21.

Accordingly, this action is **DISMISSED** and the Clerk's Office is directed to close the case.

**IT IS SO ORDERED**.